UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cv-20861-JLK

**KADIA BINNS**

    Plaintiff,

v.

**REGIONAL ADJUSTMENT BUREAU, INC.**

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), Plaintiff KADIA BINNS (hereinafter as "Plaintiff"), hereby takes a VOLUNTARY DISMISSAL WITH PREJUDICE in the above-styled and numbered action for all claims that were asserted in this action by Plaintiff Kadia Binns against Defendant, REGIONAL ADJUSTMENT BUREAU, INC. (hereinafter as "Defendant").

This dismissal is WITH PREJUDICE to the future assertion of any of the above-referenced claims against this Defendant.  The Defendant in this action has not filed an answer or a motion for summary judgment.

Although Plaintiff acknowledges and recognizes the effectiveness of this dismissal with prejudice immediately and without further action of the Court pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), Plaintiff also respectfully requests entry of an Order of Dismissal With Prejudice submitted herewith.

DATED: May 9, 2013.

          MILITZOK & LEVY, P.A.
*Attorneys for Plaintiff*
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
(954) 727-8570 - Telephone
(954) 241-6857 – Facsimile
mjm@mllawfl.com

By: /s/ Matthew J. Militzok
MATTHEW J. MILITZOK, ESQ
Fla. Bar No.: 0153842

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM / ECF. I also hereby certify that a true and correct copy of the foregoing has been sent to Alan St. Louis, Esq., Cole, Scott & Kissane, P.A., 1645 Palm Beach Lakes Blvd., 2nd Floor, West Palm Beach, FL 33401, either via transmission of Notices of Electronic Filing generated by CM / ECF or other authorized manner if not authorized to receive Notices of Electronic Filing.

By: /s/ Matthew J. Militzok
MATTHEW J. MILITZOK, ESQ.