UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cv-20861-JLK

KADIA BINNS

    Plaintiff,

v.

REGIONAL ADJUSTMENT BUREAU, INC.

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AGAINST DEFENDANT

Based upon this Court's consideration of the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant, REGIONAL ADJUSTMENT BUREAU, INC.,

It is hereby ORDERED, ADJUDGED, and DECREED that the claims that were asserted in this action against Defendant, REGIONAL ADJUSTMENT BUREAU, INC., are hereby DISMISSED WITH PREJUDICE. *The Clerk shall close this case.*

SIGNED this __10__ day of __May__, 2013.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to all parties